ORIGINAL

1  William A. Helvestine    State Bar No. 58755
2  Andrew J. Hefty          State Bar No. 220450
   Jamie S. Platto          State Bar No. 226723
3  Carri Becker Maas        State Bar No. 245816
   EPSTEIN BECKER & GREEN, P.C.
4  One California Street, 26th Floor
   San Francisco, California 94111-5427
5  Telephone: 415.398.3500
   Facsimile: 415.398.0955
6  whelvestine@ebglaw.com
7  ahefty@ebglaw.com
   jplatto@ebglaw.com
8  cmaas@ebglaw.com

9
   Attorneys for Defendants,
10 KAISER FOUNDATION HEALTH PLAN, INC.,
   KAISER FOUNDATION HOSPITALS, and SOUTHERN
11 CALIFORNIA PERMANENTE MEDICAL GROUP,
   INC.
12

FILED
2008 MAR 20 PM 3:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____KMT____ DEPUTY

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital;<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; a California corporation; KAISER FOUNDATION HOSPITALS, a California corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC., a California corporation; and DOES 1-100, Inclusive<br><br>Defendants. | CASE NO. '08 CV 0523 JLS BLM<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>[Civil Local Rule 40.2] |

SF:162377v1

Notice of Party with Financial Interest
Case No. _____

1  **TO THE COURT AND TO ALL PARTIES APPEARING OF RECORD:**

2  **PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 40.2, the undersigned

3  counsel of record for Defendants, KAISER FOUNDATION HEALTH PLAN, INC., KAISER

4  FOUNDATION HOSPITALS, and SOUTHERN CALIFORNIA PERMANENTE MEDICAL

5  GROUP ("Defendants") certifies that Defendants have no parent corporations and that no

6  publicly held company owns 10% or more of any Defendant's stock.

9  DATED: March 20, 2008          EPSTEIN BECKER & GREEN, P.C.

11                                 By: _____
12                                     William A. Helvestine
                                       Andrew J. Hefty
13                                     Jamie S. Platto
                                       Carri Becker Maas
14                                 Attorneys for Defendants
15                                 KAISER FOUNDATION HEALTH PLAN,
                                   INC., KAISER FOUNDATION HOSPITALS,
16                                 and SOUTHERN CALIFORNIA
                                   PERMANENTE MEDICAL GROUP

SF:162377v1                                          Notice of Party with Financial Interest
                                                     Case No. _____

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 1925 Century Park East, Suite 500, Los Angeles, California 90067-2506.

3. I served copies of the following documents (specify the exact title of each document served):

   **NOTICE OF PARTY WITH FINANCIAL INTEREST**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Michael J. Sarrao, Esq.  *Attorneys for Plaintiff*
   Radha A. Savitala, Esq.
   5451 Walnut Avenue  Tel. 909-464-8847
   Chino, CA 91710  Fax 909-464-8887

5. a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

   c. ☐ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

- 3 -

SF:162377v1   Notice of Party with Financial Interest

d. ☐ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date):* March 20, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 3/20/08 | Lynn Ellis | /s/ Lynn Ellis |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. I delivered the documents on the date shown below to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

At the time of service, I was at least 18 years of age. I am not a party to the above referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):* _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |
|---|---|---|

SF:162377v1                                        Notice of Party with Financial Interest