William A. Helvestine   State Bar No. 58755
Andrew J. Hefty        State Bar No. 220450
Jamie S. Platto        State Bar No. 226723
Carri Becker Maas      State Bar No. 245816
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:  415.398.3500
Facsimile:  415.398.0955
whelvestine@ebglaw.com, ahefty@ebglaw.com,
jplatto@ebglaw.com, cmaas@ebglaw.com

Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL GROUP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital;<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, et al.<br><br>Defendants. | CASE NO.  08CV 0523 JLS BLM<br><br>**JOINT MOTION EXTENDING TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br>**(Local Rules 7.2 and 12.1)** |

Pursuant to Local Rules 7.2 and 12.1, the parties hereby jointly move to extend Defendants' time to move, answer or otherwise respond to Plaintiff's complaint by twenty-nine (29) days, to on or before April 25, 2008.  The parties' joint motion is based on the following:

   1.   Plaintiff filed this action in California Superior Court, County of San Diego, on

1  January 23, 2008. As indicated below, four other complaints involving the Defendants and related matters were also filed in California Superior Courts on January 23, 2008: one in Los Angeles County, two in San Bernardino County, and one in Orange County.

2. Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals were served in this action and in the four remaining state court actions below on February 19, 2008.

3. Defendants jointly removed all five state court actions to federal court. Pertinent information concerning the five pending federal actions, referred to collectively herein as the "Prime Cases," is as follows:

- **Prime Sherman Oaks**: *Prime Healthcare Services II, LLC vs. Kaiser Foundation Health Plan, Inc. et al.*, Case No. CV 08-01858 GW FMOx, removed March 19, 2008 from California Superior Court for the County of Los Angeles, Case No. LC080295 ("Prime Sherman Oaks");

- **Prime Desert Valley**: *Desert Valley Hospital, Inc. et al. vs. Kaiser Foundation Health Plan, Inc. et al.*, Case No. EDCV 08-00385 SGL (OPx), removed March 20, 2008 from California Superior Court for the County of San Bernardino, Case No. CIVVS800317 ("Prime Desert Valley");

- **Prime Chino Valley**: *Veritas Health Services, Inc. et al. vs. Kaiser Foundation Health Plan, Inc. et al.*, Case No. EDCV 08-00386 SGL (OPx), removed March 20, 2008 from California Superior Court for the County of San Bernardino, Case No. CIVRS800590 ("Prime Chino Valley");

- **Prime Orange County**: *Prime Healthcare La Palma, LLC et al. vs. Kaiser Foundation Health Plan, Inc. et al.*, Case No. SACV08-00318 DOC (ANx), removed March 20, 2008 from California Superior Court for the County of Orange, Case No. 30-2008-00101717-CU-BT-CJC ("Prime Orange County"); and

- **Prime Paradise Valley**: *Prime Healthcare Paradise Valley, LLC vs. Kaiser Foundation Health Plan, Inc. et al.*, Case No. 08CV 0523 JLS BLM, removed

March 20, 2008 from California Superior Court for the County of San Diego, Case No. 37-2008-00068370-CU-NP-SC ("Prime Paradise Valley").

4. Defendants will file a Notice of Related Cases in each of the Prime Cases.

5. Counsel for Plaintiff and Defendants met and conferred on March 19, 2008 and March 20, 2008. Counsel for Defendants indicated that Defendants intend to move to dismiss each of the Prime Cases, to consolidate the four Prime Cases in the Central District of California (Prime Sherman Oaks, Prime Desert Valley, Prime Chino Valley, and Prime Orange County), and to transfer this action, Prime Paradise Valley, to the Central District of California. Plaintiff's counsel indicated that he may move to remand some or all of the Prime Cases. The parties attempted but were unable to reach agreement regarding issues of consolidation and transfer.

6. Pursuant to Federal Rule of Civil Procedure Rule 81(c), Defendants must move, answer or otherwise respond to the complaint in this action on or before March 27, 2008. Likewise, Defendants must move, answer or otherwise respond to the complaint in Prime Sherman Oaks on or before March 26, 2008. Defendants must move, answer or otherwise respond to the complaints in Prime Desert Valley, Prime Chino Valley and Prime Orange County on or before March 27, 2008.

7. The parties have agreed to extend Defendants' time to move, answer or otherwise respond to Plaintiff's complaint in this action, and to the complaints in each of the other Prime Cases, to on or before April 25, 2008.

8. Pursuant to Local Rule 8-3 in the Central District of California, the parties have filed a stipulation extending Defendants' time to move, answer or otherwise respond to the complaints in Prime Sherman Oaks and Prime Orange County, to on or before April 25, 2008. Pursuant to Local Rule 8-3, these extensions are effective upon the filing of the parties' stipulations. The parties will file a similar jointly requested extension in Prime Chino Valley and Prime Desert Valley

9. The parties request that this Court approve their agreed to extension of Defendants' time to move, answer or otherwise respond to Plaintiff's complaint in this action to on or before April 25, 2008.

- 3 -

10. Pursuant to Local Rule 12.1, this Court may grant an extension to move, answer or otherwise respond to Plaintiff's complaint upon a showing of good cause. Good cause exists justifying the requested extension.

11. Extending Defendants' time to move, answer or otherwise respond to Plaintiff's complaint promotes the goals of judicial economy and assists in preventing inconsistent rulings and unnecessary waste of the parties' resources. Pursuant to these goals, Defendants will move to consolidate the Prime Cases in the Central District into one court, and will move to transfer this action to the Central District. Plaintiff's counsel is considering moving to remand some or all of the Prime Cases, including this action.

12. Extending Defendants' time permits (1) resolution of issues concerning consolidation and transfer; and (2) potential refinement of the nature of Plaintiff's causes of action, through remand or amendment, prior to Defendants' moving, answering or otherwise responding to Plaintiff's complaint in this action.

13. The parties therefore request that this Court grant their agreed to extension of Defendants' time to move, answer or otherwise respond to Plaintiff's complaint.

14. This Stipulation will in no way prohibit or inhibit Plaintiff's ability to file a Motion to Remand.

15. There have been no other requests for extensions in this action.

DATED: March 26, 2008

By: _____
Michael J. Sarrao
Radha A. Savitala
Sepand Akhavanhaidary
Attorneys for Plaintiff
PRIME HEALTHCARE PARADISE VALLEY, LLC

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 26, 2008 | EPSTEIN BECKER & GREEN, P.C. |
| 3 | | |
| 4 | | By: _/s/ Andrew Hefty_____ |
| 5 | | William A. Helvestine |
| | | Andrew J. Hefty |
| 6 | | Jamie S. Platto |
| 7 | | Carri Becker Maas |
| | | Attorneys for Defendants |
| 8 | | KAISER FOUNDATION HEALTH PLAN, INC., |
| | | KAISER FOUNDATION HOSPITALS, and |
| 9 | | SOUTHERN CALIFORNIA PERMANENTE |
| | | MEDICAL GROUP |

- 5 -

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is One California Street, 26th Floor, San Francisco, California 94111-5427.

3. I served copies of the following documents (specify the exact title of each document served):

   **JOINT MOTION EXTENDING TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

   **(Local Rules 7.2 and 12.1)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Michael J. Sarrao, Esq.
   Radha A. Savitala, Esq.
   Sepand Akhavanhaidary, Esq.
   5451 Walnut Avenue
   Chino, CA 91710

   *Attorneys for Plaintiff*
   Tel. 909-464-8847
   Fax 909-464-8887

5. a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

- 6 -

SF:163048v1   Joint Motion Extending Time to Move, Answer or Otherwise Respond to Complaint
Case No. 08CV 0523 JLS BLM

| | | |
|---|---|---|
| | c. ☐ | **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| | d. ☐ | **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.) |
| | e. ☐ | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached. |
| | f. ☐ | **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful. |

6. I served the documents by the means described in item 5 on *(date)*: March 26, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 3/26/08 | Melissa D. Guffey | *[signature]* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

- 7 -

SF:163048v1    Joint Motion Extending Time to Move, Answer or Otherwise Respond to Complaint
Case No. 08CV 0523 JLS BLM