1   William A. Helvestine, State Bar No. 58755
    Andrew J. Hefty, State Bar No. 220450
2   Jamie S. Platto, State Bar No. 226723
    Carri Becker Maas, State Bar No. 245816
3   EPSTEIN BECKER & GREEN, P.C.
4   One California Street, 26th Floor
    San Francisco, California 94111-5427
5   Telephone:  415.398.3500
6   Facsimile:  415.398.0955
    whelvestine@ebglaw.com
7   jplatto@ebglaw.com
    ahefty@ebglaw.com
8   cmaas@ebglaw.com

9   Attorneys for Defendants,
10  KAISER FOUNDATION HEALTH PLAN, INC.,
    KAISER FOUNDATION HOSPITALS, and
11  SOUTHERN CALIFORNIA PERMANENTE
    MEDICAL GROUP
12

13              **UNITED STATES DISTRICT COURT**

14            **SOUTHERN DISTRICT OF CALIFORNIA**

15

16  PRIME HEALTHCARE PARADISE            CASE NO.  08 CV 0523 JLS BLM
    VALLEY, LLC, a Delaware limited liability
17  company, doing business as Paradise Valley   **CERTIFICATE OF SERVICE RE:**
    Hospital;                                    **NOTICE TO ADVERSE PARTY OF**
18                                               **REMOVAL TO FEDERAL COURT**
19              Plaintiff,

20       v.

21  KAISER FOUNDATION HEALTH PLAN,
    INC.; a California corporation; KAISER
22  FOUNDATION HOSPITALS, a California
    corporation; SOUTHERN CALIFORNIA
23  PERMANENTE MEDICAL GROUP, INC., a
    California corporation; and DOES 1-100,
24  Inclusive
25
              Defendants.
26

27

28

SF:162794v1                                          Certificate of Service
                                                     Case No. 08 CV 0523 JLS BLM

William A. Helvestine    State Bar No. 58755
Andrew J. Hefty     State Bar No. 220450
Jamie S. Platto      State Bar No. 226723
Carri Becker Maas    State Bar No. 245816
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
whelvestine@ebglaw.com
ahefty@ebglaw.com
jplatto@ebglaw.com
cmaas@ebglaw.com

Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC., KAISER
FOUNDATION HOSPITALS, and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL GROUP, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF SAN DIEGO, SOUTH COUNTY DISTRICT

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital; | CASE NO. 37-2008-00068370-CU-NP-SC |
| Plaintiffs, | **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |
| v. | Honorable William S. Cannon |
| KAISER FOUNDATION HEALTH PLAN, INC.; a California corporation; KAISER FOUNDATION HOSPITALS, a California corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC., a California corporation; and DOES 1-100, Inclusive | Department S-04 |
| Defendants. | |

1   I, Joy Ingoglia, certify and declare as follows:

2   I am over the age of 18 years and not a party to this action.

3   My business address is 1925 Century Park East, Suite 500, Los Angeles, , California

4   90067, which is located in the city, county and state where the mailing described below took

5   place.

6   On, March 21, 2008, I enclosed a copy of the Notice to Adverse Party of Removal to

7   Federal Court dated March 20, (a copy of the conformed face page of which is attached to this

8   Certificate), along with the following documents:

9      1.  Notice of Removal of Action Under 28 U.S.C. §1441(a) and (b) and 28 U.S.C.

10        §1441(a)(1);

11     2.  Notice of Party With Financial Interest; and

12     3.  Civil Case Cover Sheet.

13  and placed them in a sealed envelope addressed to:

14  **Michael J. Sarrao, Esq.**
    **Radha A. Savitala, Esq.**
15  **5451 Walnut Avenue**
    **Chino, CA 91710**
16

17  and deposited in the United States Mail at 1925 Century Park East, Los Angeles, California.

    I declare under penalty of perjury that the foregoing is true and correct.
18
    Dated:  March 21, 2008
19

20  _____
    Joy Ingoglia
21

22

23

24

25

26

27

28

-2-