1
2
3 **<u>Exhibit A</u>**
4
5
6
7   Exhibit A-1 …………………………………………………………… p. 12
8
9   Exhibit A-2 …………………………………………………………… p. 14
10
11  Exhibit A-3 …………………………………………………………… p. 16
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 11 -

# Exhibit A-1



Prime Healthcare Services, Inc.
EPRP Notification Rate for Inpatient Admissions

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.



Prime Healthcare Services, Inc.
EPRP Notification Rate for Inpatient Admissions

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.
WAMC was not treated as a non-network hospital prior to mid-2006.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A-2

SF:163311v1

Notice of Related Cases
Case No. 08CV 0523 JLS BLM
Exh. A-2





Prime Healthcare Services, Inc.

Inpatient Admissions to Hospitals Through the Emergency Department

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.

Prime Healthcare Services, Inc.
Inpatient Admissions to Hospitals Through the Emergency Department

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.
WAMC was not treated as a non-network hospital prior to mid-2006.

# Exhibit A-3



Prime Healthcare Services, Inc.
One-Day Inpatient Admissions to Hospitals Through the Emergency Department

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.



Prime Healthcare Services, Inc.
One-Day Inpatient Admissions to Hospitals Through the Emergency Department

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.
WAMC was not treated as a non-network hospital prior to mid-2006.