# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, et al.<br><br>　　　　　Defendants. | CASE NO. 08CV 0523 JLS BLM<br><br>**ORDER EXTENDING TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

　　　Good Cause having been shown,

　　　The parties' Joint Motion to Extend Defendants' Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint is GRANTED. Defendants are to move, answer or otherwise respond to Plaintiff's complaint on or before April 25, 2008.

　　　IT IS SO ORDERED:

DATED: March 28, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/ Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　The Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　Judge of the District Court