William A. Helvestine     State Bar No. 58755
Andrew J. Hefty          State Bar No. 220450
Jamie S. Platto          State Bar No. 226723
Carri Becker Maas        State Bar No. 245816
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
whelvestine@ebglaw.com
ahefty@ebglaw.com
jplatto@ebglaw.com
cmaas@ebglaw.com

Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL GROUP

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, et al.<br><br>Defendants. | CASE NO. 3:08-CV-0523-JLS-BLM<br><br>**PROOF OF SERVICE**<br><br>Honorable Janis L. Sammartino<br><br>Date:      July 25, 2008<br>Time:      10:30 a.m.<br>Courtroom: 6 |

1  I, Joy Ingoglia, certify and declare as follows:

2  I am over the age of 18 years and not a party to this action.

3  My business address is 1925 Century Park East, Suite 500, Los Angeles, , California
4  90067, which is located in the city, county and state where the mailing described below took
5  place.

6  On, April 24, 2008, I enclosed copies of the following documents:

7  **1.  DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE;**

8  **2.  DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN**
9      **SUPPORT OF MOTION TO STRIKE; and**

10 **3.  ORDER GRANTING MOTION TO STRIKE.**

11 and placed them in a sealed envelope addressed to:

12 Michael J. Sarrao, Esq.
   Radha A. Savitala, Esq.
13 5451 Walnut Avenue
   Chino, CA 91710
14

15 and deposited in the United States Mail at 1925 Century Park East, Los Angeles, California.

16 I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 24, 2008

_____
Joy Ingoglia

- 1 -

SF:168991v1

Proof of Service
Case No.  3:08-CV-0523-JLS-BLM