William A. Helvestine    State Bar No. 58755
Andrew J. Hefty          State Bar No. 220450
Jamie S. Platto          State Bar No. 226723
Carri Becker Maas        State Bar No. 245816
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:   415.398.0955
whelvestine@ebglaw.com
ahefty@ebglaw.com
jplatto@ebglaw.com
cmaas@ebglaw.com

Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL GROUP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, et al.,<br><br>Defendants. | CASE NO.  3:08-CV-0523-JLS-BLM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**(FED. R. CIV. P. 12(b)(1) and 12(b)(6))**<br><br>Honorable Janis L. Sammartino<br><br>Date:   July 25, 2008<br>Time:   10:30 a.m.<br>Courtroom:  6 |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 25, 2008, at 10:30 a.m. or as soon thereafter as counsel may be heard, in Courtroom 6 of the above-entitled Court, located at 940 Front Street, Suite 3142, San Diego, California, defendants Kaiser Foundation Health Plan, Inc. ("Health Plan"), Kaiser Foundation Hospitals ("KFH"), and Southern California Permanente Medical Group ("SCPMG") – hereinafter referred to collectively as Kaiser – will move this Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing plaintiff Prime Healthcare Paradise Valley, LLC, dba Paradise Valley Hospital ("Prime") complaint on the bases that this Court lacks subject matter jurisdiction and that Prime has failed to state a claim upon which relief can be granted.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on April 15, 2008.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declarations in Support of this Motion filed concurrently herewith, all the pleadings and files in this action, and on such further and additional points and authorities and evidence as may be presented at the time of the hearing.

DATED: April 25, 2008
Respectfully submitted,
EPSTEIN BECKER & GREEN, P.C.

By: s/ William A. Helvestine
William A. Helvestine
Andrew J. Hefty
Jamie S. Platto
Carri Becker Maas
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
SOUTHERN CALIFORNIA PERMANENTE
MEDICAL GROUP