| | |
|---|---|
| William A. Helvestine | State Bar No. 58755 |
| Andrew J. Hefty | State Bar No. 220450 |
| Jamie S. Platto | State Bar No. 226723 |
| Carri Becker Maas | State Bar No. 245816 |

EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:    415.398.0955
whelvestine@ebglaw.com
ahefty@ebglaw.com
jplatto@ebglaw.com
cmaas@ebglaw.com

Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL GROUP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, et al.,<br><br>Defendants. | CASE NO. 3:08-CV-0523-JLS-BLM<br><br>**DECLARATION OF MARIA BORJE-BONKOWSKI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Honorable Janis L. Sammartino<br><br>DATE: JULY 25, 2008<br>TIME: 10:30 A.M.<br>CTRM: 6 |

I, Maria Borje-Bonkowski, declare:

1. I have personal knowledge of, and if called as a witness will testify to, the facts in this declaration.

2. I am the Director of Health Plan Licensing for Kaiser Foundation Health Plan, Inc. ("Health Plan"). Prior to that, I was the Contract Manager, Contract Administration, for Health Plan Regulatory Services. I have worked in this department since May 2001. My current duties include oversight of Health Plan renewals of group membership agreements entered into

1. between Health Plan and employers or associated union welfare funds. In this capacity, I am generally familiar with the group membership agreements and evidence of coverage ("EOC") documents.

3. Health Plan arranges to furnish health care services to its subscribers and their dependents in accordance with the terms of these written group membership agreements.

4. Health Plan has standardized EOC templates for Health Plan's group membership agreements applicable for various periods of time. Language from these EOC templates is included in the group membership agreements/EOCs applicable to the commercial plan members in California. (The term "commercial" refers to all members except Medicare and Medi-Cal beneficiaries and members enrolled under plans for government employees.).

5. The EOC portion of the group membership agreements sets forth the coverage terms of those agreements.

6. Attached as Exhibit B-1 to this declaration is a true and correct copy of the cover page, definitions section, emergency benefit section, and anti-assignment clause from the January 1, 2004 to December 31, 2004 EOC template for commercial group plans.

7. Attached as Exhibit B-2 to this declaration is a true and correct copy of the cover page, definitions section, emergency benefit section, and anti-assignment clause from the September 1, 2004 to December 31, 2004 EOC template for commercial group plans.

8. Attached as Exhibit B-3 to this declaration is a true and correct copy of the cover page, definitions section, emergency benefit section, and anti-assignment clause from the January 1, 2005 to December 31, 2005 EOC template for commercial group plans.

9. Attached as Exhibit B-4 to this declaration is a true and correct copy of the cover page, definitions section, emergency benefit section, and anti-assignment clause from the January 1, 2006 to December 31, 2006 EOC template for commercial group plans.

10. Attached as Exhibit B-5 to this declaration is a true and correct copy of the cover page, definitions section, emergency benefit section, and anti-assignment clause from the January 1, 2007 to December 31, 2007 EOC template for commercial group plans.

11.    Attached as Exhibit B-6 to this declaration is a true and correct copy of the cover page, definitions section, emergency benefit section, and anti-assignment clause from the January 1, 2008 to December 31, 2008 EOC template for commercial group plans.

12.    All California commercial group agreements/EOCs effective from 2004 to 2008 contain similar emergency benefit, dispute resolution, and anti-assignment clauses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2008

_____
Maria Borje-Bonkowski

- 3 -