William A. Helvestine    State Bar No. 58755
Andrew J. Hefty          State Bar No. 220450
Jamie S. Platto          State Bar No. 226723
Carri Becker Maas        State Bar No. 245816
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:   415.398.0955
whelvestine@ebglaw.com
ahefty@ebglaw.com
jplatto@ebglaw.com
cmaas@ebglaw.com

Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL GROUP

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, et al.,<br><br>Defendants. | CASE NO. 3:08-CV-0523-JLS-BLM<br><br>**DECLARATION OF CHERYL MCCAUGHAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Honorable Janis L. Sammartino<br><br>DATE: JULY 25, 2008<br>TIME: 10:30 A.M.<br>CTRM: 6 |

I, Cheryl McCaughan declare:

1. I am employed by Kaiser Foundation Health Plan, Inc. ("Kaiser") as Director of the Member Case Resolution Center ("MCRC") in Pasadena, California. I have personal knowledge of, and if called as a witness will testify to, the facts in this declaration.

2. As Director of the Pasadena MCRC, I share responsibility for oversight of the Kaiser's complaint, grievance and appeals processes. This includes the appeals processes for Medicare claims relating to Kaiser members.

3. Members or providers may appeal Kaiser's initial denial of Medicare claims. If Kaiser upholds its denial, Kaiser is required to send and does send the claims to Maximus Federal Services, a company hired by Medicare to make independent decisions regarding whether Kaiser's Medicare claims denials are correct. For claims of $110 or more, a member or provider may appeal to an administrative law judge following affirmation by Maximus of Kaiser's Medicare claims denial.

4. Attached as Exhibit A-1 to this declaration is a true and correct copy of a decision of an Administrative Law Judge ("ALJ") issued by the Department of Health and Human Services, Office of Medicare Hearings and Appeals, on March 31, 2008. This ALJ decision concerns treatment of a Kaiser Medicare enrollee at Chino Valley Medical Center.

5. Attached as Exhibit A-2 to this declaration is a true and correct copy of a Medicare Appeal decision issued by Maximus Federal Services on March 19, 2008. The decision concerns an appeal by Chino Valley Medical Center regarding hospital services provided at Chino Valley Hospital to a Kaiser Medicare enrollee.

6. Attached as Exhibit A-3 to this declaration is a true and correct copy of a Medicare Appeal decision issued by Maximus Federal Services on February 29, 2008. The decision concerns an appeal by Desert Valley Hospital regarding hospital services provided at Desert Valley Hospital to a Kaiser Medicare enrollee.

7. Attached as Exhibit A-4 to this declaration is a true and correct copy of a Medicare Appeal decision issued by Maximus Federal Services on February 14, 2008. The decision concerns an appeal by Chino Valley Medical Center regarding hospital services provided at Chino Valley Medical Center to a Kaiser Medicare enrollee.

8. Attached as Exhibit A-5 to this declaration is a true and correct copy of a Medicare Appeal decision issued by Maximus Federal Services on January 7, 2008. The decision concerns an appeal by Sherman Oaks Hospital regarding hospital services provided at Sherman Oaks Hospital to a Kaiser Medicare enrollee.

9. Attached as Exhibit A-6 to this declaration is a true and correct copy of a Medicare Appeal decision issued by Maximus Federal Services on November 14, 2007. The

decision concerns an appeal by Desert Valley Hospital regarding hospital services provided at Desert Valley Hospital to a Kaiser Medicare enrollee.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2008

By: *Cheryl McCaughan*
Cheryl McCaughan