1  William A. Helvestine    State Bar No. 58755
2  Andrew J. Hefty          State Bar No. 220450
   Jamie S. Platto          State Bar No. 226723
3  Carri Becker Maas        State Bar No. 245816
   EPSTEIN BECKER & GREEN, P.C.
4  One California Street, 26th Floor
   San Francisco, California 94111-5427
5  Telephone:  415.398.3500
   Facsimile:  415.398.0955
6  whelvestine@ebglaw.com
7  ahefty@ebglaw.com
   jplatto@ebglaw.com
8  cmaas@ebglaw.com

9  Attorneys for Defendants,
10 KAISER FOUNDATION HEALTH PLAN, INC.,
   KAISER FOUNDATION HOSPITALS, and SOUTHERN
11 CALIFORNIA PERMANENTE MEDICAL GROUP

12
13                    **UNITED STATES DISTRICT COURT**
14                    **SOUTHERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| 16  PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital, | CASE NO.  3:08-CV-0523-JLS-BLM |
| 17 | |
| 18 | **CERTIFICATE OF SERVICE** |
| 19              Plaintiff, | Honorable Janis L. Sammartino |
| 20         v. | Date:     July 25, 2008 |
| 21 KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, et al. | Time:     10:30 a.m. |
|  | Courtroom: 6 |
| 22 | |
| 23              Defendants. | |

24
25
26
27
28

SF:168471v1                                                      Proof of Service
                                                      Case No.  3:08-CV-0523-JLS-BLM

I hereby certify that on the date provided at the signature below, I electronically filed the following documents:

1. **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS.**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS.**
3. **DECLARATION OF CHERYL MCCAUGHAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS.**
4. **DECLARATION OF MARIA BORJE-BONKOWSKI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS.**

with the United States District Court, Southern District of California, San Diego by submitting an electronic version of the documents via portable document format (PDF) to the court at http://ecf.casd.uscourts.gov.; and

Service will be deemed effective as provided for by General Order 550 of the District Court of California, Southern District on the following parties:

Michael J. Sarrao, Esq.
Radha A. Savitala, Esq.
Sepand Akhavanhaidary, Esq.
5451 Walnut Avenue
Chino, CA 91710

I certify under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Dated at San Francisco, California this 25th day of April 2008.

s/William A. Helvestine
WILLIAM A. HELVESTINE

- 1 -