1 | Michael J. Sarrao – Bar No. 184871
Radha A. Savitala – Bar No. 225329
2 | 5451 Walnut Avenue
Chino, California 91710
3 | Telephone (909) 464-8847
Facsimile (909) 464-8887
4 |
Dawn M. Coulson, State Bar No. 154085
5 | Susan M. Freedman, State Bar No. 153331
**STECKBAUER WEINHART JAFFE, LLP**
6 | 333 S. Hope Street, 36th Floor
Los Angeles, California 90071
7 | (213) 229-2868 - Telephone
(213) 229-2870 – Facsimile
8 | dcoulson@swjlaw.com
sfreedman@swjlaw.com
9 |
Attorneys for Plaintiff PRIME
10 | HEALTHCARE PARADISE VALLEY,
LLC
11 |

12 |          **UNITED STATES DISTRICT COURT**

13 |          **SOUTHERN DISTRICT OF CALIFORNIA**

14 | PRIME HEALTHCARE PARADISE      CASE NO. 08CV 0523 JLS BLM
VALLEY, LLC, a Delaware limited
15 | liability company, doing business as    **NOTICE OF ASSOCIATION OF**
Paradise Valley Hospital,                **COUNSEL**
16 |
                Plaintiff,
17 |
            v.
18 |
KAISER FOUNDATION HEALTH
19 | PLAN, INC., a California corporation;
KAISER FOUNDATION
20 | HOSPITALS, a California corporation;
SOUTHERN CALIFORNIA
21 | PERMANENTE MEDICAL GROUP,
INC., a California corporation; and
22 | DOES 1-100, Inclusive,

23 |                Defendants.

24 |

25 | **TO THE HONORABLE COURT AND TO DEFENDANTS AND**

26 | **THEIR ATTORNEYS OF RECORD HEREIN:**

27 |          PLEASE TAKE NOTICE that hence forth, Plaintiff does hereby associate the

28 | following firm with respect to representation of Plaintiff PRIME HEALTHCARE

80113.001/45256.1

1  PARADISE VALLEY, LLC in the above-entitled matter:

2          Dawn M. Coulson, State Bar No. 154085
           Susan M. Freedman, State Bar No. 153331
3          **STECKBAUER WEINHART JAFFE, LLP**
           333 S. Hope Street, 36th Floor
4          Los Angeles, California 90071
           (213) 229-2868 - Telephone
5          (213) 229-2870 – Facsimile
           dcoulson@swjlaw.com
6          sfreedman@swjlaw.com

7          Please adjust your proof of service accordingly.

8          Plaintiff files this Notice of Association without waiver of Plaintiff's right to

9  file a motion for remand.

10

11 Dated: May ___, 2008

12

13                          By:  _____
                                       Michael J. Sarrao, Esq.
14                                     Radha A. Savitala, Esq.
                            Attorneys for Plaintiff PRIME HEALTHCARE
15                          PARADISE VALLEY, LLC

16

17 Dated: May 7, 2008        **STECKBAUER WEINHART JAFFE, LLP**

18

19                          By:  _____
20                                     Dawn M. Coulson, Esq.
                                       Susan M. Freedman, Esq.
21                          Attorneys for Plaintiff PRIME HEALTHCARE
                            PARADISE VALLEY, LLC
22

23

24

25

26

27

28

STECKBAUER
WEINHART
JAFFE, LLP

333 S. HOPE STREET, 36TH FLOOR, LOS ANGELES, CALIFORNIA 90071

1

<u>**PROOF OF SERVICE**</u>

2  **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3         At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 333 S. Hope
4  Street, 36th Floor, Los Angeles, California 90071.

5         On May 7, 2008, I served the following document(s) described as **NOTICE OF ASSOCIATION OF COUNSEL** on the interested parties in this action as follows:
6
           <u>**Counsel for Defendants Kaiser**</u>
7         <u>**Foundation Health Plan, Inc., Kaiser**</u>
           <u>**Foundation Hospitals, and Southern**</u>
8         <u>**California Permanente Medical Group**</u>
           William A. Helvelstine
9         Andrew J. Hefty
           Carri Becker Maas
10        EPSTEIN BECKER & GREEN
           One California Street, 26th Floor
11        San Francisco, CA 94111-5427
           Telephone (415) 398-3500
12        Facsimile (415) 398-0955

13  **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing,
14  following our ordinary business practices.  I am readily familiar with Steckbauer Weinhart Jaffe's practice for collecting and processing correspondence for mailing.  On the same day that the
15  correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.
16
           I declare under penalty of perjury under the laws of the United States of America that the
17  foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.
18
           Executed on May 7, 2008, at Los Angeles, California.
19

20        _____
21        Edward Rhee

22

23

24

25

26

27

28

80113.001/45524.1