William A. Helvestine   State Bar No. 58755
Andrew J. Hefty        State Bar No. 220450
Jamie S. Platto        State Bar No. 226723
Carri Becker Maas      State Bar No. 245816
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:  415.398.3500
Facsimile:  415.398.0955
whelvestine@ebglaw.com, ahefty@ebglaw.com,
jplatto@ebglaw.com, cmaas@ebglaw.com

Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL GROUP

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; a California corporation, et al.,<br><br>　　　　　　Defendants. | CASE NO.  08CV 0523 JLS BLM<br><br>**NOTICE OF MOTION AND MOTION TO TRANSFER**<br><br>Honorable Janis L. Sammartino<br><br>DATE: JULY 24, 2008<br>TIME:  1:30 P.M.<br>CTRM: 6 |

**TO PLAINTIFF PRIME HEALTHCARE PARADISE VALLEY, LLC AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on July 24, 2008 at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6 of the above-entitled court, located at 940 Front Street, San Diego, California 92101, Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Southern California Permanente Medical Group (collectively "Kaiser"), will, and hereby do move the court, pursuant to Civil Local Rule 40.1 and 28 U.S.C. § 1404(a), to transfer this action, *Prime Healthcare Paradise Valley, LLC v. Kaiser Foundation Health Plan, Inc., et al.*, Case No. 08CV 0523 JLS BLM, ("Paradise"), to the Western Division of the United States District Court for the Central District of California, where one related case is currently pending, and where a Motion to Consolidate four related cases has been filed.

This Motion to Transfer is based on the convenience of the parties and witnesses, and on the interests of justice that will be served by transferring this case to a neighboring court already handling four substantively identical cases.

This Motion is made following the conference of counsel which took place on March 19 and 20, 2008.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declarations in Support of this Motion filed concurrently herewith, on all the pleadings and files in this action, and on such further and additional points and authorities and evidence as may be presented at the time of the hearing.

DATED: May 12, 2008               EPSTEIN BECKER & GREEN, P.C.

By: /s/ Jamie S. Platto
William A. Helvestine
Andrew J. Hefty
Jamie S. Platto
Carri Becker Maas
Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
SOUTHERN CALIFORNIA PERMANENTE
MEDICAL GROUP