| | |
|---|---|
| William A. Helvestine | State Bar No. 58755 |
| Andrew J. Hefty | State Bar No. 220450 |
| Jamie S. Platto | State Bar No. 226723 |
| Carri Becker Maas | State Bar No. 245816 |

EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:  415.398.3500
Facsimile:  415.398.0955
whelvestine@ebglaw.com, ahefty@ebglaw.com,
jplatto@ebglaw.com, cmaas@ebglaw.com

Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL GROUP

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital;<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; a California corporation, et al.<br><br>Defendants. | CASE NO.  08CV 0523 JLS BLM<br><br>**DECLARATION OF DR. JOHN SHOHFI IN SUPPORT OF MOTION TO TRANSFER**<br><br>Honorable Janis L. Sammartino<br><br>DATE:  JULY 24, 2008<br>TIME:   1:30 P.M.<br>CTRM:  6 |

1    I, Dr. John Shohfi declare:

2    1.    I am responsible for overseeing the Emergency Prospective Review Program ("EPRP") at Kaiser. I have personal knowledge of the facts stated herein and would competently testify thereto if called as a witness.

2.    Kaiser's EPRP, whose central office is located in Downey, California, is centralized in a single facility, is available 24 hours-per-day, 7 days-per-week, and exists in part to (1) make available medical record information for outside providers, (2) provide real-time physician to physician consulting, (3) coordinate and authorize care for Kaiser members, and (4) arrange for transfer of stabilized patients as appropriate for post-stabilization care.

3.    Kaiser's EPRP routinely receives telephone calls from hospital emergency rooms treating Kaiser members, and works with the emergency room personnel regarding transfer or authorization for post-stabilization care. The EPRP serves to provide prospective and concurrent medical management for Kaiser members.

4.    Kaiser also has a Medical Transportation Department, located in Downey, California, that is responsible for the centralized dispatch and coordination of ambulances for patient transport.

5.    The retrospective medical review of claims received from providers is handled by another department, the Clinical Review Department, whose central offices are located in Oakland, California and Pasadena, California.

6.    In addition, Kaiser has a Network Development and Administration Department, and a Health Plan Regulatory Services Department (which includes both a Survey Readiness Unit and a Regulatory Investigation and Response Unit) both with offices in Pasadena, California, whose responsibilities include issues relating to the reasonable value of medical services and regulatory compliance matters, respectively.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2008

By: _____
John Shohfi, M.D.

- 1 -

Shohfi Declaration in Support of Motion to Transfer
CASE NO. 08CV 0523 JLS BLM