William A. Helvestine        State Bar No. 58755
Andrew J. Hefty             State Bar No. 220450
Jamie S. Platto             State Bar No. 226723
Carri Becker Maas           State Bar No. 245816
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:  415.398.3500
Facsimile:  415.398.0955
whelvestine@ebglaw.com, ahefty@ebglaw.com,
jplatto@ebglaw.com, cmaas@ebglaw.com

Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL GROUP

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital;<br><br>                Plaintiff,<br><br>        v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; a California corporation, et al.<br><br>                Defendants. | CASE NO.  08CV 0523 JLS BLM<br><br>**DECLARATION OF WENDY J. MAGNACCA IN SUPPORT OF MOTION TO TRANSFER**<br><br>Honorable Janis L. Sammartino<br><br>DATE:  JULY 24, 2008<br>TIME:  1:30 P.M.<br>CTRM: 6 |

SF:167584v1

Magnacca Declaration in Support of Motion to Transfer
CASE NO.  08CV 0523 JLS BLM

1    I, Wendy J. Magnacca declare:

2    1.    I am Senior Operations Leader for Kaiser's Southern California Claims

3    Administration.  My responsibilities have included management and supervision of the analysis

4    and storage of claims data within Kaiser.  I have personal knowledge of the facts stated herein

5    and would competently testify thereto if called as a witness.

6    2.    As part of its regular course of business, Kaiser electronically stores data relating to

7    claims submitted for reimbursement for medical services provide to Kaiser members.  Kaiser's

8    Emergency Prospective Review Program ("EPRP") similarly maintains data regarding the

9    telephone calls it receives regarding Kaiser members.

10    3.    I supervised an analysis of claims data and EPRP data relating to Kaiser members

11    who were treated at the Prime Hospitals.

12    4.    The charts attached as Exhibit A-1 accurately reflect this analysis of EPRP data of

13    the notification rate for inpatient admission of Kaiser members to the Prime Hospitals for the

14    dates shown.

15    5.    The charts attached as Exhibit A-2 accurately reflect this analysis of claims data of

16    inpatient admission of Kaiser members to the Prime Hospitals through the Prime Hospitals'

17    emergency departments for the dates shown.

18    6.    The charts attached as Exhibit A-3 accurately reflect this analysis of claims data of

19    one-day inpatient admission of Kaiser Members to the Prime Hospitals through the Prime

20    Hospitals' emergency departments for the dates shown.

21    I declare under penalty of perjury that the foregoing is true and correct.

22

23    Executed on April 17 , 2008

24

25    By: _____

26    Wendy J. Magnacca

27

28

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A-1



Prime Healthcare Services, Inc.
EPRP Notification Rate for Inpatient Admissions

**EPRP Notification Rate**

Prime's policies implemented at Desert Valley & Chino Valley

Prime's policies implemented at Sherman Oaks

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.

Desert Valley
Chino Valley
Sherman Oaks

Magnacca Declaration in Support of Motion to Transfer
CASE NO.  08CV 0523 JLS BLM
Exhibit A-1



Prime Healthcare Services, Inc.
EPRP Notification Rate for Inpatient Admissions

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.
WAMC was not treated as a non-network hospital prior to mid-2006.

Magnacca Declaration in Support of Motion to Transfer
CASE NO.  08CV 0523 JLS BLM
Exhibit A-1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A-2



Prime Healthcare Services, Inc.
Inpatient Admissions to Hospitals Through the Emergency Department

Inpatient Admits through the ED

Prime's policies implemented at Desert Valley & Chino Valley

Prime's policies implemented at Sherman Oaks

◆ Desert Valley Hosp   ■ Chino Valley Med Ctr   ▲ Sherman Oaks Comm Hosp

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.

Magnacca Declaration in Support of Motion to Transfer
CASE NO.  08CV 0523 JLS BLM
Exhibit A-2



Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.
WAMC was not treated as a non-network hospital prior to mid-2006.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A-3



Prime Healthcare Services, Inc.
One-Day Inpatient Admissions to Hospitals Through the Emergency Department

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.



Prime Healthcare Services, Inc.
One-Day Inpatient Admissions to Hospitals Through the Emergency Department

One-Day Inpatient Admits through the ED

Prime's policies implemented at Doctors Hospital of Montclair

Prime's policies implemented at Huntington, La Palma, & West Anaheim

Notes:
Data as of 1/31/2008, subject to revision.
Data after June 2007 subject to under-reporting due to delayed claims submissions.
Data displayed as a six-month rolling average.
WAMC was not treated as a non-network hospital prior to mid-2006.

— Doctors Hosp of Montclair
— Huntington Beach Hosp
— La Palma Intercommunity
— West Anaheim Med Ctr

Magnacca Declaration in Support of Motion to Transfer
CASE NO.  08CV 0523 JLS BLM
Exhibit A-3