1  William A. Helvestine    State Bar No. 58755
2  Andrew J. Hefty          State Bar No. 220450
   Jamie S. Platto          State Bar No. 226723
3  Carri Becker Maas        State Bar No. 245816
   EPSTEIN BECKER & GREEN, P.C.
4  One California Street, 26th Floor
   San Francisco, California 94111-5427
5  Telephone: 415.398.3500
6  Facsimile: 415.398.0955
   whelvestine@ebglaw.com, ahefty@ebglaw.com,
7  jplatto@ebglaw.com, cmaas@ebglaw.com

8  Attorneys for Defendants,
   KAISER FOUNDATION HEALTH PLAN, INC.,
9  KAISER FOUNDATION HOSPITALS, and SOUTHERN
   CALIFORNIA PERMANENTE MEDICAL GROUP

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, et al.<br><br>Defendants. | CASE NO. 08CV 0523 JLS BLM<br><br>**PROOF OF SERVICE**<br><br>Honorable Janis L. Sammartino<br><br>DATE: JULY 24, 2008<br>TIME: 1:30 P.M.<br>CTRM: 6 |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 1 California Street, Suite 2600, San Francisco, California 94111-5427.

3. I served copies of the following documents:

   **NOTICE OF MOTION AND MOTION TO TRANSFER**

   **MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER**

   **DECLARATION OF WENDY J. MAGNACCA IN SUPPORT OF MOTION TO TRANSFER**

   **DECLARATION OF JOHN SHOHFI IN SUPPORT OF MOTION TO TRANSFER**

   **DECLARATION OF JAMIE S. PLATTO IN SUPPORT OF MOTION TO TRANSFER**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

   Michael J. Sarrao, Esq.  *Attorneys for Plaintiff*
   Radha A. Savitala, Esq.
   Sepand Akhavanhaidary, Esq.  Tel. 909-464-8847
   5451 Walnut Avenue  Fax 909-464-8887
   Chino, CA 91710

   **Steckbauer Weinhart Jaffe, LLP**  *Attorneys for Plaintiff*
   Dawn M. Coulson
   Susan M. Freedman  Tel. 213-229-2868
   333 S. Hope Street, 36th Floor  Fax 213-229-2870
   Los Angles, CA 90071

5. a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

   b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

(2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

c. ☐ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date):* 5/12/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 5/12/08 | Melissa D. Guffey | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |