1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11 | PRIME HEALTHCARE PARADISE
VALLEY, LLC d/b/a Paradise Valley
12 | Hospital,

13 |                                    Plaintiff,

      vs.
14

15 | KAISER FOUNDATION HEALTH PLAN,
INC.; KAISER FOUNDATION
16 | HOSPITALS; and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL
17 | GROUP,

18 |                                    Defendants.

CASE NO. 08CV523 JLS (BLM)

**ORDER ADVANCING HEARING
DATE ON MOTION TO STRIKE
AND MOTION TO DISMISS**

(Doc. Nos. 8-9)

19

20      Good cause appearing, the Court hereby **ADVANCES** the hearing on defendants' motion

21 to strike portions of plaintiff's complaint (Doc. No. 8) and FRCP 12(b) motion to dismiss (Doc.

22 No. 9) to Thursday, July 24, 2008 at 1:30 p.m.  Therefore, these motions **SHALL BE HEARD** on

23 the same date/time as defendants' motion to transfer to the Central District of California.  (Doc.

24 No. 11.)  The parties **SHALL FILE** opposition and reply briefs in all three motions consistent

25 with the July 24 hearing date and the schedule prescribed by Local Rule 7.1(e).

26      IT IS SO ORDERED.

27 DATED:  May 14, 2008

28                                                  _Janis L. Sammartino_
                                             Honorable Janis L. Sammartino
                                             United States District Judge