1 | Michael J. Sarrao, State Bar No. 184871
msarrao@Primehealthcare.com
2 | Radha A. Savitala, State Bar No. 225329
rsavitala@Primehealthcare.com
3 | Sepand Akhavanhadairy, State Bar No. 213595
sakhavanhaidary@Primehealthcare.com
4 | 5451 Walnut Avenue
Chino, California 91710
5 | (909) 464-8847 - Telephone
(909) 464-8887 - Facsimile

Dawn M. Coulson, State Bar No. 154085
7 | dcoulson@swjlaw.com
Susan M. Freedman, State Bar No. 153331
8 | sfreedman@swjlaw.com
**STECKBAUER WEINHART JAFFE, LLP**
9 | 333 S. Hope Street, 36th Floor
Los Angeles, California 90071
10 | (213) 229-2868 - Telephone
(213) 229-2870 – Facsimile

Attorneys for Plaintiff PRIME
12 | HEALTHCARE PARADISE VALLEY,
LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; KAISER FOUNDATION HOSPITALS, a California corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC., a California corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO. 08CV 0523 JLS BLM<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST (Civil Local Rule 40.2)** |

///

///

80113.001/45921.1

NOTICE OF PARTY WITH FINANCIAL INTEREST (CivLR 40.2)

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 40.2, the undersigned counsel of record for Plaintiff, PRIME HEALTHCARE PARADISE VALLEY, LLC, certifies that Plaintiff has, as its Sole member, Prime Healthcare Services, Inc. which is not a publicly held or traded company.

Dated: May 27, 2008

STECKBAUER WEINHART JAEFE, LLP

By: _____
Dawn M. Coulson, Esq.
Susan M. Freedman, Esq.
Attorneys for Plaintiff PRIME HEALTHCARE PARADISE VALLEY, LLC

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 S. Hope Street, 36th Floor, Los Angeles, California 90071.

On May 27, 2008, I served the following document(s) described as **NOTICE OF PARTY WITH FINANCIAL INTEREST (Civil Local Rule 40.2)** on the interested parties in this action as follows:

<u>Counsel for Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Southern California Permanente Medical Group</u>
William A. Helvelstine
Andrew J. Hefty
Jaime S. Platto
Carri Becker Maas
EPSTEIN BECKER & GREEN
One California Street, 26th Floor
San Francisco, CA 94111-5427
Telephone (415) 398-3500
Facsimile (415) 398-0955

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Steckbauer Weinhart Jaffe's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 27, 2008, at Los Angeles, California.

_____
Edward Rhee

80113.001/46014.1