William A. Helvestine   State Bar No. 58755
Andrew J. Hefty        State Bar No. 220450
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:   415.398.3500
Facsimile:   415.398.0955
whelvestine@ebglaw.com
ahefty@ebglaw.com

Attorneys for Defendants,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and SOUTHERN
CALIFORNIA PERMANENTE MEDICAL GROUP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, et al.,<br><br>Defendants. | CASE NO. 3:08-CV-0523-JLS-BLM<br><br>**JOINT APPLICATION FOR A STAY BASED ON STIPULATION OF THE PARTIES** |

SF:175648v2

Case No. 3:08-CV-0523-JLS-BLM

1. The Parties, through their respective counsel, respectfully request the Court to temporarily stay this action for the reasons set forth in the following stipulation:

    1. This action is one of five cases filed on or about the same day by hospitals affiliated with Prime Healthcare Services, Inc. against the Kaiser defendants. The actions were originally filed in the state courts in five counties where the respective hospitals were located, and were removed by the defendants to the respective federal district courts.

    2. The four other actions were removed to the Central District of California and have been transferred as related cases to be by a single judge, Hon. George H. Wu.

    3. The following motions are on file in the Central District cases: (a) Plaintiff's Motion to Remand; (b) Defendants' Motion to Dismiss; (c) Defendants' Motion to Strike; and (d) Defendants' Motion to Consolidate the cases. On June 19, 2008, Judge Wu heard initial argument on Plaintiff's motion to remand, requested further briefing, and continued the hearing on the motion to remand to July 28, 2008. The remaining motions are off calendar pending the ruling on the motion to remand.

    5. In the present action, this Court has set for hearing on July 24, 2008, a on Defendants' Motion to Transfer this case to the Central District. Also set for hearing on July 24, 2008 (although moot if the Motion to Transfer is granted) are Defendants' Motion to Dismiss and Motion to Strike.

    6. In the interest of conserving the resources of this Court and the parties, the parties request that the Court take the matters currently set for July 24, 2008 off calendar, and that this action be stayed to allow time for the Central District to address the motion to remand and, if not remanded, motions to dismiss and to strike, which were taken off calendar by Judge Wu, pending his decision on the motion to remand, but would be put back on calendar if the case is not remanded to state court.

    7. The parties suggest that the Court set a Case Management Conference for a date on or after September 10, 2008 to address the status of this case and to set such hearing and briefing dates as may be appropriate at that time. (Plaintiff's counsel is unavailable during the earlier part of September). A Proposed Order to this effect is attached.

- 2 -

DATED: June 26, 2008

Respectfully submitted,
EPSTEIN BECKER & GREEN, P.C.

By: _____
William A. Helvestine
Andrew J. Hefty

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
SOUTHERN CALIFORNIA PERMANENTE
MEDICAL GROUP

DATED: June 27, 2008

Respectfully submitted,
STECKBAUER WEINHART JAFFE, LLP

By: _____
Dawn M. Coulson
Susan M. Freedman

Attorneys for Plaintiff
PRIME HEALTHCARE PARADISE VALLEY, LLC

- 3 -

SF:175648v2

Case No. 3:08-CV-0523-JLS-BLM