# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE PARADISE VALLEY, LLC, a Delaware limited liability company, doing business as Paradise Valley Hospital,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, et al.,<br><br>Defendants. | CASE NO.  3:08-CV-0523-JLS-BLM<br><br>**ORDER STAYING THE CASE AND SETTING CASE MANAGEMENT CONFERENCE** |

Having considered the parties' Joint Application for a Stay Based on Stipulation of the Parties, the Court orders:

1. This action is stayed pending further order of the Court.

2. All motion hearing dates are vacated for the duration of the stay.

3. The parties shall appear for a Case Management Conference on Friday, September 12, 2008 at 11:00 a.m.

IT IS SO ORDERED.

DATED: July 1, 2008

_____
The Honorable Janis L. Sammartino
Judge of the District Court

80113.001/46965.1

Order Staying the Case and Setting Case Management Conference
Case No. 3:08-CV-0523-JLS-BLM